IN THE UNITED STATES COURT OF APPEALS
                         FOR THE FIFTH CIRCUIT

                         _____

                             No. 96-30030
                            Summary Calendar
                         _____


PURNELL E. MILLER,

                                          Plaintiffs,

PURNELL E. MILLER,

                                          Plaintiff-Appellant,


versus

CHARLES C. FOTI, JR., SHERIFF,

                                          Defendant-Appellee.


                    - - - - - - - - - - -
            Appeal from the United States District Court
               for the Eastern District of Louisiana
                        USDC No. 95-CV-1789-C
                    - - - - - - - - - - -
                        September 16, 1996
Before REAVLEY, BARKSDALE and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Purnell E. Miller, #116387, appeals judgment for the

defendant in his suit filed pursuant to 42 U.S.C. § 1983.  Miller

argues that his Eighth Amendment rights were violated because

Sheriff Foti failed to provide him with food prepared pusuant to

diets prescribed for him by physicians.  We have reviewed the

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

record and Miller's brief and AFFIRM the district court's judgment for essentially the same reasons given by Magistrate Judge Lance M. Africk at the conclusion of the trial.  The court's findings are all supported by the evidence.

AFFIRMED.